## THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**SAM ROBERTS**                                                    **PLAINTIFF**

**v.**                          **Case No. 3:19-cv-00299-KGB**

**GRAY, HALL, RANDELL, and J. MINTON**                    **DEFENDANTS**

## <u>ORDER</u>

Before the Court are the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney on December 3, 2019 (Dkt. No. 5). Judge Kearney recommends that plaintiff Sam Roberts' claims be dismissed without prejudice for want of prosecution. No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Kearney's recommendation.

Therefore, the Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings of fact and conclusions of law (Dkt. No. 5). The Court dismisses Mr. Roberts' complaint without prejudice.

It is so ordered this 29th day of January, 2020.

_____
Kristine G. Baker
United States District Judge