# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SAM ROBERTS**                                                                     **PLAINTIFF**

**v.**                          **Case No. 3:19-cv-00299-KGB**

**GRAY, HALL, RANDELL, and J. MINTON**                            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Sam Roberts' complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 29th day of January, 2020.

Kristine G. Baker
United States District Judge